IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| EDMOND V. POPPELL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION FILE NO.: |
| v. ) | 2:10-cv-00080-LGW-JEG |
| ) | |
| PALISADES COLLECTION, LLC, ) | |
| ) | |
| Defendant. ) | |

## ORDER

The Plaintiff having Moved to Dismiss With Prejudice the above and foregoing action, and the Parties having agreed to the Stipulated Dismissal of all claims asserted in this action pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, it is HEREBY ORDERED that the above and foregoing action is Dismissed With Prejudice. It is further ORDERED AND ADJUDGED that the Court's Order dated July 12, 2010 is vacated.

SO ORDERED this 14 day of July, 2010

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA